NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of E.L.F. and N.S.F., children. | ) ) ) |
| _____ | ) |
| | ) |
| N.F., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 2D18-418 |
| | ) |
| DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM, | ) ) ) ) |
| | ) |
| Appellees. | ) |
| _____ | ) |

Opinion filed May 23, 2018.

Appeal from the Circuit Court for Manatee County; Teri Kaklis Dees, Judge.

Patrick R. Cunningham, Bradenton, for Appellant.

Stephanie C. Zimmerman of Children's Legal Services, Bradenton; and Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for Appellee Department of Children and Families.

Christine B. Gardner of Akerman LLP, West Palm Beach; and Thomasina Moore and Laura J. Lee of Guardian ad Litem Program, Sanford, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.